UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LATOSHA LEE,

                Plaintiff,

-against-

BLACK ENTERTAINMENT TELEVISION, LLC;
FLAVOR UNIT ENTERTAINMENT, INC.;
NICCI GILBERT,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

19 CIVIL 2751 (LAK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 6, 2020, plaintiff's copyright infringement claim is dismissed. Only plaintiffs state law claims remain. The only jurisdictional basis plaintiff asserts for these claims is supplemental jurisdiction. Other than the previous motion, there have been no substantial proceedings in this case. No useful purpose would be served by retaining the state law claims. The Court thus exercises its discretion to dismiss the remaining state law claims for lack of supplemental jurisdiction. Defendants' motion to dismiss the FAC [DI 44] is granted.

**Dated:** New York, New York
         March 6, 2020

                              **RUBY J. KRAJICK**

                                Clerk of Court

        **BY:** _Kmango_

                              **Deputy Clerk**